RAFAEL M. GONZALEZ, JR.
UNITED STATES ATTORNEY
**WILLIAM M. HUMPHRIES, ID STATE BAR NO. 11709**
**ASSISTANT UNITED STATES ATTORNEY**
DISTRICT OF IDAHO
1290 W. MYRTLE ST., SUITE 500
BOISE, ID 83702-7788
TELEPHONE: (208) 334-1211
FACSIMILE:   (208) 334-9375
EMAIL: Bill.Humphries@usdoj.gov

Attorneys for the United States of America on behalf of the U.S. Department of Education

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In Re<br><br>STEPHEN PATRICK WRAY,<br><br>　　　　　Debtor. | Case No. 20-40439-JMM<br><br>Chapter 7 |
| STEPHEN PATRICK WRAY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>　　　　　Defendant. | Adversary No. 20-08045-JMM<br><br>**STIPULATED MOTION TO EXTEND THE STAY OF THE CASE THROUGH MAY 1, 2022** |

　　　　COME NOW the United States of America on behalf of its agency the U.S. Department

of Education (Education), by and through its undersigned attorneys, and Stephen Patrick Wray,

pro se (Plaintiff), and stipulate and agree to have this case stayed through May 1, 2022, because

**STIPULATED MOTION TO EXTEND THE STAY OF THE CASE THROUGH MAY 1, 2022 - 1**

Education has extended the suspension of student loan payments through May 2, 2022,[1] and because Plaintiff is seeking a disability determination from the Social Security Administration.

The parties previously filed a stipulated motion (ECF No. 21) to stay the case through October 1, 2021, and another stipulated motion (ECF No. 23) to stay the case through January 31, 2022, because of Education's temporary suspension of student loan payments through September 30, 2021, and then January 31, 2022, and because Plaintiff is seeking a disability determination from the Social Security Administration.  As stated in the previous stipulated motions, the outcome of the disability proceeding may aid the parties in resolving this matter without further litigation.  In addition, the parties sought a stay through the last day of the student loan payment suspensions to be consistent with those suspensions.  The Court granted the previous motions and stayed the case.  ECF Nos. 22 and 25.

Consistent with the previous motions, the parties move the Court to enter an order continuing the stay of the case through May 1, 2022, because Education has extended the suspension of student loan payments through May 1, 2022, and Plaintiff continues to work through the process to seek social security disability.  The parties believe it is appropriate to stay the case to preserve time and resources of all involved based on the circumstances.

DATED this 26th day of January 2022.

        RAFAEL M. GONZALEZ, JR.
        UNITED STATES ATTORNEY
        By

        /s/_____
        WILLIAM M. HUMPHRIES
        ASSISTANT UNITED STATES ATTORNEY

---

[1] https://www.ed.gov/news/press-releases/biden-harris-administration-extends-student-loan-pause-through-may-1-2022

**STIPULATED MOTION TO EXTEND THE STAY OF THE CASE THROUGH MAY 1, 2022 - 2**

DATED this 26 day of January 2022.

/s/ _____
STEPHEN PATRICK WRAY
DEBTOR/PLAINTIFF PRO SE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 27, 2022, the foregoing **STIPULATED MOTION TO EXTEND THE STAY OF THE CASE THROUGH MAY 1, 2022** was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person(s):

N/A

And, I hereby certify that the following listed non-registered CM/ECF participants were served by U.S. Mail, postage prepaid:

Stephen P. Wray
735 E. Halliday, Apt. 3
Pocatello, ID 83201
*Debtor*

/s/ _____
Jessica Black
Legal Assistant

**STIPULATED MOTION TO EXTEND THE STAY OF THE CASE THROUGH MAY 1, 2022 - 4**